# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMANTHA PROKOP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CV198 |
| v. | ) | |
| | ) | ORDER |
| IRWIN INDUSTRIAL TOOL CO., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on October 16, 2008 by counsel for the defendant,

**IT IS ORDERED that:**

1. **On or before November 19, 2008**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned magistrate judge, at *thalken@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The planning conference previously scheduled is cancelled upon the representation that this case is settled.

DATED this 16th day of October, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge