# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMANTHA PROKOP, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV198 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| IRWIN INDUSTRIAL TOOL CO., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation of Dismissal (Filing No. 20). The court finds that the parties' joint stipulation should be granted.

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 20) is granted and this case is dismissed with prejudice, each party to bear its own costs.

DATED this 12th day of November, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge